AO 83 (Rev. 06/09) Summons in a Criminal Case



RECEIVED
2021 JAN 11 PM 3:42
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
Kenneth J Sandel )
c/o Miles Ehrlich, Ramsey Ehrlich LLP ) Case No. 4:21CR16  4-21-CR-16
803 Hearst Ave )
Berkeley, CA 94710 )
Defendant )
c/o Amy Craig

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

' Indictment    ' Superseding Indictment    ' Information    ' Superseding Information    ' Complaint
' Probation Violation Petition    ' Supervised Release Violation Petition    ' Violation Notice    ' Order of Court

| Place: United States Courthouse 515 Rusk Houston, Texas 77002 | Courtroom No.: 704 |
| --- | --- |
| | Date and Time: 1/19/2021 10:00AM |

This offense is briefly described as follows:

Counts 1-2: Knowing Violation of Requirement to Prevent Accidental Release 42 USC 7413(c)(1) and 7412(r)(7)

Count 3: Negligent Release of Extremely Harardous Substance 42 USC 7413(c)(4)

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 01/08/2021                          _____
                                          Issuing officer's signature
                                          T. Hanniable, Deputy Clerk

United States Courts
Southern District of Texas
FILED
JAN 13 2021                               Printed name and title

I declare under penalty of perjury that I have:

X Executed and returned this summons       ' Returned this summons unexecuted

Date: 1/13/2021 @ 12:42 PM                _____
Served Atty of Record,                    Server's signature
Amy Craig, via e-mail.                    Joseph Castro    pvsm
(See attached)                            Printed name and title

# Castro, Joseph (USMS)

| | |
|---|---|
| **From:** | Amy Craig < |
| **Sent:** | Wednesday, January 13, 2021 12:42 PM |
| **To:** | Castro, Joseph (USMS) |
| **Subject:** | RE: USA V. Kenneth Sandel Summons/Indictment |

Deputy Castro –

I have received the summons for Mr. Sandel. I will provide a copy to Mr. Sandel. We have already contacted pretrial services and Mr. Sandel will appear before the Court on January 19, 2021.

Please don't hesitate to reach out if you need anything.

Many thanks,

Amy

Amy Craig
**Ramsey | Ehrlich LLP**
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 548-3600
Direct: (510) 548-3605

---

**From:** Castro, Joseph (USMS) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, January 13, 2021 10:38 AM
**To:**
**Subject:** USA V. Kenneth Sandel Summons/Indictment
**Importance:** High

Good afternoon,

Please see attached summons and indictment for your client. Please ensure that Mr. Sandel receives a copy and that he is present for his court appearance. Please confirm receipt so that I may perfect service.

v/r

Joey

**Deputy Joseph Castro-Civil Division**
**515 Rusk Street 10th Floor**
**Houston, Texas 77002**
**Office: 713-238-6220**
**Cell: 956-547-0430**